US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 1 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLENDA MORGAN                                                                        PLAINTIFF

NO. 12-2098

NCO FINANCIAL SYSTEMS, INC.                                          DEFENDANT

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, Defendant, NCO Financial Systems, Inc. ("NCO"), by its attorneys, hereby removes this action from the Circuit Court of Sebastian County, Fort Smith District, Arkansas to the United States District Court for the Western District of Arkansas. In support of this Notice of Removal, NCO respectfully states as follows:

1.      Plaintiff, Glenda Morgan, commenced this action by filing a Complaint against NCO in the Circuit Court of Sebastian County, Fort Smith District, Arkansas, where it is presently captioned as *Glenda Morgan v. NCO Financial Systems, Inc.*, Case No. CV-2012-391. NCO is the only defendant in the civil action.

2.      In the Complaint, Plaintiff alleges statutory causes of action against NCO under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and the Arkansas Fair Debt Collection Practices Act ("AR FDCPA"), Ark. Code § 17-24-501, *et seq.* A true and correct copy of Plaintiff's Complaint and all other documents filed in the Circuit Court of Sebastian County, Fort Smith District, Arkansas are attached hereto as Exhibit "A."

3.      Plaintiff provided NCO with her Complaint on or about April 2, 2012.

4. NCO removes this action on the basis of the FDCPA. This Court has federal question jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441(b) in that the claims are "founded on a claim or right arising under the . . . laws of the United States. . . ." This Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367.

5. Venue is proper in this District as the Circuit Court of Sebastian County, Fort Smith District, Arkansas, the Court in which this action was filed, is within the Western District of Arkansas.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which NCO was served with Plaintiff's Complaint. See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Circuit Court of Sebastian County, Fort Smith District, Arkansas. See Exhibit "B."

8. Written notice of this Notice of Removal of this action is being caused to be served on counsel for Plaintiff.

WHEREFORE, defendant, NCO FINANCIAL SYSTEMS, removes this action from the Circuit Court of Sebastian County, Fort Smith District, Arkansas to the United States District Court of the Western District of Arkansas.

Respectfully submitted,
Laser Law Firm, P.A.
101 S. Spring Street, Suite 300
Little Rock, AR 72201-2488
(501) 376-2981

By: _____
Keith McPherson (Bar #91194)
Kmcpherson@laserlaw.com

## CERTIFICATE OF SERVICE

I, Keith McPherson, hereby certify that on the 30th day of April, 2012, I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. Robert Kelly
Robert Kelly Law Firm, PLLC
401 Lexington Ave.
Fort Smith, AR 72901

_____
Keith McPherson (Bar #91194)
Attorney for Defendant
Laser Law Firm, P.A.
101 S. Spring Street, Suite 300
Little Rock, AR 72201
(501) 376-2981
Kmcpherson@laserlaw.com