IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

## SUMMONS

**Plaintiff:** GLENDA MORGAN

vs.                                            Case Number: CV-2012-391

**Defendant:** NCO FINANCIAL SYSTEMS, INC.
C/O The Corporation Company
124 W. Capitol Ave., Suite 1900
Little Rock, Arkansas 72201

**Plaintiff's attorney:** Robert Kelly
Robert Kelly Law Firm, PLLC
401 Lexington Ave.
Fort Smith, AR 72901

**THE STATE OF ARKANSAS TO DEFENDANT:   NCO FINANCIAL SYSTEMS, INC.**

### NOTICE

1. You are hereby notified that a lawsuit has been filed against you; the relief asked is stated in the attached complaint.

2. The attached complaint will be considered admitted by you and a judgment by default may be entered against you for the relief asked in the third party complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.

B. It must be filed in the court clerk's office within 30 days from the day you were served with this summons.

3. If you desire to be represented by an attorney you should immediately contact your attorney so that an answer can be filed for you within the time allowed.

4. Additional notices:

Witness my hand and the seal of the court this  MAR 3 0 2012
                                                   (date)

Address of Clerk's Office:   Fort Smith District Court
Sebastian County Courts Complex
901 South "B" St., Room 103
Fort Smith, Arkansas 72901

[SEAL]                              _____
                                            Clerk

EXHIBIT A

FILED
FT SMITH DIST.

2012 MAR 30 PM 2 32

CTR. CLERK SEB. CO.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

GLENDA MORGAN                          PLAINTIFF

v.                    CASE NO. CV-2012-391

NCO FINANCIAL SYSTEMS, INC                  DEFENDANT

## COMPLAINT

COMES NOW, Plaintiff, Glenda Morgan, and for her complaint against Defendant, NCO Financial Systems, Inc., states:

1. Plaintiff is a resident of Fort Smith, Sebastian County, Arkansas. Defendant is a foreign for profit corporation registered to do business in the State of Arkansas.

2. All of the events, occurrences, or transactions that form the basis of Plaintiff's claims for relief arose out of Defendant's business activities in Fort Smith, Sebastian County, Arkansas.

3. Plaintiff's claims arise under the federal Fair Debt Collection Practices Act (FDCPA) (15 U.S.C. §1692 et seq.) and the Arkansas Fair Debt Collection Practices Act (AFDCPA) (Ark. Code Ann. § 17-24-501 et seq.).

4. Plaintiff is a "consumer" as that term is defined by the FDCPA and AFDCPA, and Defendant is a "debt collector" as that term is defined by the FDCPA and the AFDCPA.

5. This Court has jurisdiction over the subject matter and venue is proper herein.

6. Prior to the events, occurrences, or transactions that led to this lawsuit, Plaintiff was contacted by three (3) separate debt collectors who attempted to collect a debt that she had disputed with the original creditor.

7. Plaintiff timely responded to each debt collector through her counsel, and she informed each one that she disputed the debt.

8. Defendant is the fourth (4th) debt collector who has communicated with Plaintiff regarding the disputed debt within the past 24 months.

9. On, about, or during the dates of February 24-29, 2012, Plaintiff received at least four (4) telephone calls to her private residence from a representative of Defendant in an attempt to collect the disputed debt. The telephone calls were recorded on Plaintiff's answering machine attached to her residence, land line telephone.

10. During the same period of time, Plaintiff received through her counsel a collection letter from Defendant dated Feb. 24, 2012. A true and correct copy of the collection letter is attached as Exhibit "A".

11. At the time of its telephone communication with Plaintiff, Defendant had actual knowledge that Plaintiff was represented by counsel with regard to the disputed debt.

12. Defendant communicated with Plaintiff regarding the disputed debt without consent and in violation of the FDCPA, specifically 15 U.S.C. § 1692c(a)(2), and the AFDCPA, specifically Ark. Code Ann. § 17-24-504(a)(2).

13. As a result of Defendant's actions, Plaintiff suffered actual damages and injuries, including stress, humiliation, mental anguish and suffering, and emotional distress, in an amount in excess of that required for federal court jurisdiction in diversity of citizenship cases.

14. Defendant is liable for Plaintiff's actual damages and injuries, for additional statutory damages, and for her costs and attorney's fees.

WHEREFORE, Plaintiff, Glenda Morgan, requests that the Court grant her judgment against Defendant for her actual damages in an amount in excess of that required for federal court jurisdiction in diversity of citizenship cases, for additional statutory damages, for her costs and attorney's fees incurred herein, and for all other relief to which she may be entitled.

Respectfully submitted,

Glenda Morgan

By: _____
Robert Kelly (Ark. Bar No. 2002145)
Attorney for Plaintiff

ROBERT KELLY LAW FIRM, PLLC
401 Lexington Ave.
Fort Smith, Arkansas 72901
479-242-1190
479-242-1191 (Fax)
robert@robertkellylawfirm.com

PO BOX 4906
DEPT 09
Trenton, NJ 08650

**FEB 2 9 2012**

# NCO FINANCIAL SYSTEMS, INC.

507 Prudential Road, Horsham, PA 19044

1-877-273-3495
OFFICE HOURS(ET):
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Feb 24, 2012

Calls to or from this company may be monitored or recorded for quality assurance.

11234 - 833

VMY279
GLENDA S MORGAN
C/O ROBERT KELLY
401 LEXINGTON AVE
FORT SMITH AR   72901-4638

CREDITOR: DIRECTV
REFERENCE #:57998840
CURRENT BALANCE DUE: $ 503.12

### Your Account May Be Credit Reported!

Our records indicate that your balance of $503.12 is due in full. It is our intention to work with you to resolve this collection account. However, subject to your dispute and validation rights provided below, if you fail to resolve this collection account, we may report the account to all national credit bureaus.

To discuss this account, please call 1-877-273-3495. Mail payment to: DIRECTV, P.O. BOX 78626, PHOENIX, AZ 85062-8626. To assure proper credit, please return the bottom portion of this letter, or a copy thereof, with your payment.

You may also make payment online at directv.com.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Reference # | Current Balance Due |
|---|---|
| 57998840 | $ 503.12 |

GLENDA S MORGAN

Payment Amount

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

DIRECTV
P.O. BOX 78626
PHOENIX, AZ 85062-8626

**EXHIBIT A**

0000000000010000057998840 2 0028 00050312 00050312 2

NCOP 20
833

FEB 2 8 2012

Federal and State law prohibit certain methods of debt collection and require that we treat you fairly.
Please view our website at www.ncogroup.com to review your rights under Federal and State law.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

GLENDA MORGAN                                                                    PLAINTIFF

v.                                        NO. CV-2012-391

NCO FINANCIAL SYSTEMS, INC.                                          DEFENDANT

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, NCO Financial Systems, Inc. ("NCO"), has filed a Notice of Removal of the above numbered and captioned action with the United States District Court for the Western District of Arkansas. Attached hereto as Exhibit "1" is a copy of the Notice of Removal filed in the United States District Court effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S.C. § 1446(d), the Circuit Court of Sebastian County, Fort Smith District, Arkansas shall proceed no further in this action unless and until the action is remanded by the United States District Court for the Western District of Arkansas.

Respectfully submitted,
LASER LAW FIRM, P.A.
101 S. Spring Street, Suite 300
Little Rock, Arkansas 72201-2488
(501) 376-2981

BY: _____
KEITH M. McPHERSON
BAR ID #91194
E-mail: kmcpherson@laserlaw.com

1

## CERTIFICATE OF SERVICE

    I, Keith M. McPherson, hereby certify that a copy of the above and foregoing pleading has been served on all attorneys of record as listed below this 30th day of April, 2012.

Mr. Robert Kelly
Robert Kelly Law Firm, PLLC
401 Lexington Ave.
Fort Smith, AR 72901

                                                          _____
                                                          KEITH M. McPHERSON