IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| GLENDA MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  2:12-cv-02098-PKH |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF PENDING SETTLEMENT**

Defendant, NCO Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

Laser Law Firm, P.A.
101 S. Spring Street, Suite 300
Little Rock, AR 72201-2488
(501) 376-2981


By:   /s/ Keith McPherson
         Keith McPherson (Bar #91194)
         Kmcpherson@laserlaw.com

1

## CERTIFICATE OF SERVICE

     I, Keith McPherson, hereby certify that on the <u>10th</u> day of May, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Robert D. Kelly
robert@robertkellylawfirm.com

                                   /s/ Keith McPherson
                                   Keith McPherson (Bar #91194)
                                   Attorney for Defendant
                                   Laser Law Firm, P.A.
                                   101 S. Spring Street, Suite 300
                                   Little Rock, AR 72201
                                   (501) 376-2981
                                   Kmcpherson@laserlaw.com