IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLENDA MORGAN                                                                                     PLAINTIFF

V.                                          Case No. 2:12-CV-02098

NCO FINANCIAL SYSTEMS, INC.                                                       DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

On May 10, 2012, Defendant NCO Financial Systems, Inc. filed a Notice of Settlement (Doc. 6) informing the Court the parties had reached a verbal settlement. Plaintiff's counsel has subsequently informed the Court, via e-mail with copies to Defendant's counsel, that a settlement has been finalized and Plaintiff wishes to dismiss her case with prejudice.

It appearing to the Court that the matter has been settled, it is ORDERED that the Complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this order.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 1st day of June, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE